FILED
2012 MAR -8 AM 10:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | **12-0576M** |
| RUDY KURNIAWAN DEFENDANT(S). | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __CRIMINAL COMPLAINT__
in the __SOUTHERN__ District of __NEW YORK__ on __MARCH 5, 2012__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __2007 to 2012__
in violation of Title __18__ U.S.C., Section(s) __1341, 1343, 2__
to wit: _____

A warrant for defendant's arrest was issued by: __Ronald L. Ellis, U.S. Magistrate Judge, SDNY__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond: _____

} Not identified

Relevant document(s) on hand (attach): _____

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __03/08/12__, by
__[signature] Neece Gernberger__ [SEAL], Deputy Clerk.

__[signature] Richard Alexander__    __Richard Alexander__
Signature of Agent                    Print Name of Agent

__FBI__                                __Special Agent__
Agency                                 Title

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT