# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Rudy Kurniawan DEFENDANT(S). | CASE NUMBER: 12-0576 REPORT COMMENCING CRIMINAL ACTION |
|---|---|

FILED 2012 MAR -8 AM 10:10 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY ___

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 03/08/2012   7:15   ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building)   Yes ☒   No ☐
3. Charges under which defendant has been booked: 18 USC 1341, 1343, 2
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes   ☒ No   ☐ Unknown
6. Interpreter Required: ☒ No   ☐ Yes: _____ (Language)
7. Year of Birth: ~~████~~ 1976
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?   ☒ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: Duty Officer   Time: 8:00   ☒ AM ☐ PM
14. Remarks (if any): _____

15. Date: 03/08/2012
16. Name: Richard Alexander (Please Print)
17. Agency: FBI
18. Signature: Richard Alexander
19. Office Phone Number: (310) 477-6565

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION